UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMA D. MCDANIEL, VICKI R.
BOWERS, and MARISA RIVERA,

    Plaintiffs,

v.                                                Case No. 07-12135
                                                Honorable Patrick J. Duggan

GUARANTY BANK, d/b/a BEST BANK,

    Defendant.
_____/

## JUDGMENT

On May 15, 2007, Plaintiffs filed this action against their former employer, Defendant Guaranty Bank, d/b/a Best Bank. Plaintiffs Norma McDaniel and Vicki Bowers have settled their claims against Defendant. On November 26, 2007, Defendant filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(c) with respect to Plaintiff Marisa Rivera's claims. In an Opinion and Order issued on this date, the Court granted Defendant's motion.

Accordingly, **IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs' complaint is **DISMISSED WITH PREJUDICE**.

Date: January 14, 2008

                                           s/PATRICK J. DUGGAN
                                           UNITED STATES DISTRICT JUDGE

Copies to:
Marisa Rivera
7419 Ternes
Dearborn, MI 48126

Theresa Smith Lloyd, Esq.